No. 01–7652. ADAMS *v.* GROOSE ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 01–7751. WASHINGTON *v.* PUBLIC SERVICE COMMISSION ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. D–2268. IN RE DISBARMENT OF KASZYNSKI. Disbarment entered. [For earlier order herein, see 534 U. S. 806.]

No. D–2269. IN RE DISBARMENT OF HALLER. Disbarment entered. [For earlier order herein, see 534 U. S. 806.]

No. D–2275. IN RE DISBARMENT OF WRIGHT. Disbarment entered. [For earlier order herein, see 534 U. S. 989.]

No. D–2276. IN RE DISBARMENT OF MERRIWETHER. Disbarment entered. [For earlier order herein, see 534 U. S. 989.]

No. D–2277. IN RE DISBARMENT OF DONOVAN. Disbarment entered. [For earlier order herein, see 534 U. S. 989.]

No. D–2279. IN RE DISBARMENT OF GADYE. Disbarment entered. [For earlier order herein, see 534 U. S. 989.]

No. D–2281. IN RE DISBARMENT OF HYDE. Disbarment entered. [For earlier order herein, see 534 U. S. 990.]

No. D–2284. IN RE DISBARMENT OF GRISWOLD. Disbarment entered. [For earlier order herein, see 534 U. S. 1016.]